```
                UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 5:06-CV-55-DCB-JMR

DELTA KAPPA CHAPTER OF ALPHA
PHI ALPHA FRATERNITY, INC.,
DAVID HALES TAYLOR, GWENDOLYN MARIE
TAYLOR, Individually and as Joint
Conservator for David Hales Taylor, II,
ROGER ROBERSON, JR. ALVERTO GENOUS and
JOHN DOE DEFENDANTS 1-5                                        DEFENDANT

## ORDER OF RECUSAL

The above styled and numbered cause comes on <u>sua sponte</u> pursuant to Title 28 U.S.C. Section 455 which provides that any justice, judge or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned, and the undersigned, having carefully reviewed this matter and being advised by the parties of the nature of this case, finds that there are certain non-waivable grounds under 28 U.S.C. Section 455(b) which would require that he be disqualified from further participation in this case.

IT IS, THEREFORE, ORDERED that the undersigned hereby recuses himself from further participation in this case.

SO ORDERED, this the __12th__ day of April, 2006.

                              s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE