IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY**     **PLAINTIFF**

**V.**     **CAUSE NO. 5:06-CV-55-KS-JMR**

**DELTA KAPPA CHAPTER OF ALPHA
PHI ALPHA FRATERNITY, INC.,
DAVID HALES TAYLOR,
GWENDOLYN MARIE TAYLOR,
Individually and as Joint Conservator for
David Hales Taylor, II, ROGER ROBERSON, JR.,
ALVERTO GENOUS and JOHN DOE DEFENDANTS 1-5**     **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

**THIS MATTER** having come on to be heard upon the *ore tenus* joint motion of Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul") and Defendants Delta Kappa Chapter of Alpha Phi Alpha Fraternity, Inc., David Hales Taylor and Gwendolyn Marie Taylor, Individually and as Joint Conservator for David Hales Taylor, II to dismiss this action and all claims asserted by all parties in this action with prejudice, and the Court, being fully informed in the premises and more specifically that the settlement of the underlying consolidated actions pending in the Circuit Court of Claiborne County, Mississippi ("Consolidated Cause No. 2005-17") and this action has been consummated, finds that the joint motion is well-taken and should be granted.

548052     -1-

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this action and all claims alleged by all parties in this action be and hereby are dismissed with prejudice, with each party to bear their respective costs and expenses.

**SO ORDERED, ADJUDGED AND DECREED** this the 1st day of May, 2007.

*s/Keith Starrett*
**UNITED STATES DISTRICT COURT JUDGE**


**AGREED AS TO FORM:**


**s/R. Douglas Morgan**
**Myles A. Parker, Esq. (MSB #8746)**
**R. Douglas Morgan, Esq. (MSB #100025)**
**ATTORNEYS FOR ST. PAUL FIRE**
   **AND MARINE INSURANCE COMPANY**


**s/Kelsey L. Rushing**
**Kelsey L. Rushing, Esq.**
**ATTORNEY FOR DELTA KAPPA CHAPTER OF**
  **ALPHA PHI ALPHA FRATERNITY, INC.**


**s/E. Charlene Stimley Priester**
**Marshall Sanders, Esq.**
**Charlene Priester, Esq.**
**ATTORNEYS FOR DAVID HALES TAYLOR,**
**GWENDOLYN MARIE TAYLOR, Individually and as**
**Joint Conservator for David Hales Taylor, II**